Submit this form by e-mail to:
CrimIntakeCourtDocs-LA@cacd.uscourts.gov

FILED

2022 JUL 13 AM 10:59

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
| --- | --- |
| V. PLAINTIFF | 2:22 mj 2689-Doty-1 |
| DANIEL NAVARRO | REPORT COMMENCING CRIMINAL ACTION |
| USMS# _____ DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: July 13, 2022 ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No

4. Charges under which defendant has been booked:
   18 U.S.C. 2423(a) Transportation with Intent to Engage in Criminal Sexual Activity with a Minor

5. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor

6. Interpreter Required: ☒ No ☐ Yes Language: _____

7. Year of Birth: 1984

8. Defendant has retained counsel: ☒ No
   ☐ Yes Name: _____ Phone Number: _____

9. Name of Pretrial Services Officer notified: _____

10. Remarks (if any): _____

11. Name: SA Brian Sullivan (please print)

12. Office Phone Number: 805-310-9437

13. Agency: FBI

14. Signature: [signature] 7/13/22 8:30 AM

15. Date: July 13, 2022

CR-64 (06/20)     REPORT COMMENCING CRIMINAL ACTION