**FILED**
CLERK, U.S. DISTRICT COURT

7/27/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: _____VAV_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

March 2022 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>          v.<br><br>DANIEL NAVARRO,<br>     aka "dn.2021.01," and<br>JULIE LE,<br>     aka "le.julie01,"<br><br>          Defendants. | CR  2:22-cr-00340-AB<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 2422(b):  Attempted Enticement of a Minor to Engage in Criminal Sexual Activity; 18 U.S.C. § 2423(a): Transportation of a Minor with Intent to Engage in Criminal Sexual Activity] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 2422(b)]

[DEFENDANT NAVARRO]

Beginning on a date unknown, but no later than on or about February 8, 2022, and continuing to on or about July 11, 2022, in Santa Barbara and San Luis Obispo Counties, within the Central District of California, and elsewhere, defendant DANIEL NAVARRO, also known as ("aka") "dn.2021.01," used a facility and means of interstate and foreign commerce, namely, the Internet and Instagram, to knowingly attempt to persuade, induce, entice, and coerce an

individual who had not attained the age of 18 years, namely, a 14-year-old girl ("the Minor"), to engage in sexual activity for which a person can be charged with a criminal offense, namely, Unlawful Sexual Intercourse with a Minor, a violation of California Penal Code Section 261.5(d).

In attempting to commit this offense, defendant NAVARRO did something that was a substantial step toward committing the offense, including the following acts, among others:

1. On or about February 8, 2022, via Instagram, shortly after the Minor informed defendant NAVARRO "I'm 14 . . . and I'm from Arizona," defendant NAVARRO replied that he was the same age and asked A.T. "Want to be my valentine?"

2. On or about February 9, 2022, via Instagram, defendant NAVARRO messaged the Minor, "I love you" and asked "Can I see a picture of you?" After the Minor sent a picture of herself, defendant NAVARRO responded, "Damn baby you're beautiful and bomb . . . I love your thighs . . . they're thick and hot. . . Baby can I see the booty?"

3. On or about February 10, 2022, via Instagram, defendant NAVARRO messaged the Minor, "I want a baby."

4. On or about February 14, 2022, via Instagram, defendant NAVARRO messaged the Minor, "Come to Mexico. Tijuana . . . I go get you."

5. On or about March 17, 2022, via Instagram, defendant NAVARRO sent the Minor an audio message in which he said, "thank you so much [the Minor]. You made me the happiest guy, right now at this point in my life. I really do love you."

6. On or about March 17, 2022, via Instagram, defendant NAVARRO sent the Minor another audio message in which he said, "Hi [the Minor] . . . Never been this serious in my life. I wanna give you a promise ring. . . I love you."

7. On or about March 21, 2022, via Instagram, defendant NAVARRO messaged the Minor "Baby I want you so bad . . . I want a baby . . . please." When the Minor responded, "Ok I'll give you one," defendant NAVARRO then replied, "Really When do we start? . . . do I cum inside you?"

8. On or about March 22, 2022, via Instagram, after the Minor messaged that she would be taking a shower, defendant NAVARRO messaged the Minor, "Can I see . . . Can I see the booty . . . I want you so bad . . . Can I see the pussy . . . Can I see the pussy with legs open open . . . I wanna have so much fun with you. Damn baby I wish I was inside you. Enjoying you."

9. On or about March 23, 2022, via Instagram, defendant NAVARRO messaged the Minor "Let's make a baby" and the Minor replied, "Let's make one."

10. On or about March 26, 2022, via Instagram, after the Minor messaged that she would be taking a shower, defendant NAVARRO messaged the Minor, "Baby can I see . . . Dammnnnn baby . . . Pussy baby . . . Can I see you with legs open . . . Baby you're pussy looks bomb . . . Play with your self for a little."

11. On or about April 4, 2022, via Instagram, after the Minor messaged that she would be taking a shower, defendant NAVARRO messaged the Minor, "Can I see?" After the Minor sent defendant

NAVARRO a photograph with a close-up view of her vagina with her legs spread, defendant NAVARRO responded, "Baby I want you."

12. On or about April 12, 2022, via Instagram, after the Minor sent videos of herself masturbating or of her vagina, defendant NAVARRO messaged, "Thank you my love."

13. On or about April 18, 2022, via Instagram, defendant NAVARRO messaged the Minor, "Baby I want to go get you soon ok . . . I'm going to."  Later, defendant NAVARRO asked the Minor, "Baby ask your dad if he can pay a ticket for you to go to California. . . Then you can go with me or if you can get a ride to Cali from a friend family member . . . I'm trying to think how to do a lot of it.  Like get you and all . . . Let's come out with a plan."

14. On or about April 18, 2022, via Instagram, defendant NAVARRO messaged the Minor, "Damn I want you so bad . . . Baby let's make our baby. . . Let me see your wet pussy."

15. On or about April 30, 2022, via Instagram, after the Minor informed defendant NAVARRO that she was now in California, defendant NAVARRO messaged the Minor, "Hi baby.  I miss you.  Should I go get you?"

16. On or about May 15, 2022, via Instagram, after the Minor messaged, "I want a baby so badly. Can we make one?"  Defendant NAVARRO responded, "I want one to. Yes let's make one."

17. On or about May 18, 2022, via Instagram, after the Minor messaged "I want a baby," defendant NAVARRO replied, "Then come with me"

4

18. On or about May 25, 2022, via Instagram, defendant NAVARRO sent the Minor a series of pornographic images of adult males having penetrative sexual intercourse with suspected minor females.

19. On or about May 31, 2022, via Instagram, after the Minor messaged NAVARRO, "I can't be here for my Quinceanera," defendant NAVARRO messaged the Minor, "You won't.  I'm getting you next wee[k]."

20. On or about June 5, 2022, via Instagram, defendant NAVARRO messaged the Minor, "I want you . . . Remember I'm taking you with me.  That should say a lot . . . I told you let's have 20 babies."

21. On or about June 6, 2022, via Instagram, defendant NAVARRO messaged the Minor, "Sexy . . . Are you horny? . . Play with it."

22. On or about June 8, 2022, via Instagram, defendant NAVARRO messaged the Minor, "Thank you for believing in me and loving how I love you.  Next is a baby ok?"

23. On or about June 27, 2022, via Instagram, after the Minor texted her grandmother's address in Nipomo, California, defendant NAVARRO messaged the minor, "Baby save money so I can go get you ok?  Don't spend.  I'm saving to . . . Just saying in case we need some gas."

24. On or about June 29, 2022, after the Minor messaged that she wanted a baby, defendant NAVARRO messaged the Minor, "Let's make one."  The Minor asked, "When?"  Defendant NAVARRO replied, "Soon."

25. On or about June 30, 2022, defendant NAVARRO traveled from Tijuana, Mexico, to Nipomo, California, and waited down the street from the Minor's grandmother's house.

26. On or about July 1, 2022, via Instagram, after the Minor expressed misgivings about leaving with defendant NAVARRO, defendant NAVARRO messaged the Minor, "you made me promises. Remember to leave with me . . . what about making our baby?"

27. On or about July 1, 2022, defendant NAVARRO met up with Minor in Nipomo, California, and transported her to Tijuana, Mexico.

                        COUNT TWO

                  [18 U.S.C. §§ 2423(a), 2(a)]

                   [DEFENDANTS NAVARRO AND LE]

     Beginning on or about June 30, 2022, and continuing to on or about July 1, 2022, in Los Angeles, Orange, San Luis Obispo, Santa Barbara, and Ventura Counties, within the Central District of California, and elsewhere, defendants DANIEL NAVARRO, also known as ("aka") "dn.2021.01," and JULIE LE, aka "le.julie01," each aiding and abetting the other, knowingly transported an individual, who had not attained the age of 18 years, in interstate and foreign commerce, with the intent that such individual engage in sexual activity for

//

//

1  which any person can be charged with a criminal offense, namely,
2  Unlawful Sexual Intercourse with a Minor, a violation of California
3  Penal Code Section 261.5(d).
4
5                                             A TRUE BILL
6
7                                             _____/S/_____
                                              Foreperson
8
9  STEPHANIE S. CHRISTENSEN
   Acting United States Attorney
10
11  [signature]

12  SCOTT M. GARRINGER
    Assistant United States Attorney
13  Chief, Criminal Division

14  JOANNA M. CURTIS
    Assistant United States Attorney
15  Chief, Violent & Organized Crime
    Section
16
17  KEVIN B. REIDY
    Assistant United States Attorney
    Violent & Organized Section
18
19
20
21
22
23
24
25
26
27
28