# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:22-CR-00340    Recorder: CS 08/04/2022    Date: 08/04/2022

Present: The Honorable John E. McDermott, U.S. Magistrate Judge

Court Clerk: ShaRon Lorenzo                    Assistant U.S. Attorney: Rajesh Srinivasan by VTC

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| 1) DANIEL NAVARRO, Reg # 10778-510  CUSTODY-PRESENT | 1) ERICA CHOI  DFPD | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Deft is arraigned and states true name is the name on the charging document.

Defendant is given a copy of the Indictment and acknowledges having been read or having received a copy of the Indictment and waives the reading thereof.

Defendant pleads not guilty to all counts in the Indictment.

This case is assigned to the calendar of District Judge Andre Birotte Jr..
It is ordered that the following date(s) and time(s) are set:
    Jury Trial 09/20/2022 at 8:30 AM
Status Conference 08/19/2022 at 1:30 PM
Defendant and counsel are ordered to appear before said judge at the time and date indicated.

First Appearance/Appointment of Counsel: 00 : 00
PIA: 00 : 04
Initials of Deputy Clerk: SLO by TRB

cc: Statistics Clerk, PSALA USMLA